FILED

10/28/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0048

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0048

LAURENCE DEAN JACKSON, JR.,

Petitioner and Appellant,

v.

STATE OF MONTANA,

Respondent and Appellee.

## ORDER

Upon consideration of Appellee's motion for a 60-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including January 2, 2025, within which to prepare, file, and serve the State's response brief.

KFS

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 28 2024